IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GLIVER ORDOSGOITTI, individually and on behalf of all others similarly situated;**<br><br>**Plaintiff,**<br><br>vs.<br><br>**WERNER ENTERPRISES, INC., and WERNER LEASING, LLC,**<br><br>**Defendants.** | **8:20CV421**<br><br>**ORDER TO SHOW CAUSE** |

The records of the Court show that on October 15, 2020, a letter (Filing No. 5) was sent to the following attorney(s) from the Office of the Clerk directing that they obtain admittance to practice in this district and register for the Case Management/Electronic Case Filing System ("System"):

Bryant C. Daniels
SCHNEIDER, WALLACE LAW FIRM - EMERYVILLE
2000 Powell Street, Suite 1400
Emeryville, CA 94608

**IT IS ORDERED** that on or before December 11, 2020, the attorney(s) listed above shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why they cannot comply with the rules of the Court. Failure to comply with this Order will result in Mr. Daniels being removed as counsel of record.

**DATED** this 7th day of December, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge