IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GLIVER ORDOSGOITTI, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>WERNER ENTERPRISES, INC., and WERNER LEASING, LLC,<br><br>Defendants. | 8:20CV421<br><br>AMENDED FINAL PROGRESSION ORDER |

    THIS MATTER is before the Court on the parties' Joint motion for Extension of Progression Order Deadlines. (Filing No. 72.) The motion is granted. Accordingly,

    IT IS ORDERED that provisions of the Court's previous Final Progression Order remain in effect, and in addition to those provisions, case progression shall be amended as to class certification only as follows:

1)     The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is **December 5, 2022**. Motions to compel written discovery under Rules 33, 34, 36 and 45 must be filed by **December 19, 2022**.

    **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

2)     The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **December 5, 2022**.

    a.     The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is 12.

    b.     Depositions will be limited by Rule 30(d)(1).

3)     Plaintiff's motion for class certification shall be filed by **February 2, 2023**.

4)     The parties shall submit a proposed progression order proposing deadlines for merits discovery and dispositive motion practice within 45 days after the Court's ruling on Plaintiff's motion for class certification.

5)     A status conference to discuss further case progression will be held, if necessary, after the court receives and reviews the proposed deadlines for merits discovery and dispositive motions.

6)     The parties shall comply with all other stipulations and agreements recited in their

Rule 26(f) planning report that are not inconsistent with this order.

7) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 13th day of January, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge