IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GLIVER ORDOSGOITTI, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>WERNER ENTERPRISES, INC., and WERNER LEASING, LLC,<br><br>Defendants. | 8:20CV421<br><br>ORDER |

The Court has been advised that the parties in the above-captioned matter have settled their claims.

Accordingly,

**IT IS ORDERED** that:

1. Within forty-five (45) calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of court, together with submitting to the trial judge a draft order which will fully dispose of the case.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The clerk of court is directed to terminate the pretrial and trial settings, and any hearings set in this case.

Dated this 20th day of September, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge