IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GLIVER ORDOSGOITTI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WERNER ENTERPRISES, INC., and WERNER LEASING, LLC,<br><br>Defendants. | 8:20CV421<br><br>ORDER FOR DISMISSAL ON STIPULATION |

This case is before the Court on the parties' November 28, 2022, Joint Stipulation for Dismissal with Prejudice. Filing 96. In their Joint Stipulation, which is signed by both parties, the parties stipulate and agree that this action should be dismissed with prejudice and with each party to bear its own costs and fees. They request that the Court dismiss this action on those terms. Accordingly,

IT IS ORDERED that the parties' November 28, 2022, Joint Stipulation for Dismissal with Prejudice, Filing 96, is granted, and this action is dismissed with prejudice and with each party to bear its own costs and attorneys' fees.

Dated this 29th day of November, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge